UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-05791-SVW-PLA | Date | December 22, 2015 |
|---|---|---|---|
| Title | Star Fabrics Inc v. Gordmans Inc et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**     IN CHAMBERS ORDER DISMISSING ACTION

The Court, on October 28, 2015, issued an order to show cause why this action should not be dismissed for lack of prosecution.

On November 11, 2015, Plaintiff filed a response advising the Court that a global resolution may be reached. No subsequent filing has been made to indicate that a settlement has been reached. Defendants have failed to answer the complaint. Plaintiff has not requested entry of default.

The case is dismissed, without prejudice.

                                                                                               :
                                             Initials of Preparer            PMC